IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Michael Balbo,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>James E. Tilton, et al.,<br><br>　　　　Defendants. | No. CV 07-1715-PHX-NVW<br><br>**ORDER** |

　　　　Before the Court is Plaintiff's Motion for Contempt, etc. (Doc. # 28.) Judgment was entered on October 7, 2009, dismissing this action with prejudice for failure to state a claim after nearly two years and multiple attempts to plead a claim. Plaintiff's Motion for Contempt, etc., some 18 pages in length, demonstrates that Plaintiff can write and file court papers, notwithstanding his repeated assertions to the contrary. Plaintiff has never presented any basis to think there is any merit to his case. To the extent Plaintiff purports to allege new claims, he may assert them in a new action. There is no error in the judgment entered October 7, 2009, and no basis is shown for relief from it.

　　　　IT IS THEREFORE ORDERED that Plaintiff's Motion for Contempt, etc. (doc. # 28) is denied.

　　　　Dated: October 8, 2009.

　　　　　　　　　　　　　　　　　　　　　　／s／ Neil V. Wake
　　　　　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　　　　　　　　United States District Judge